

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00500-CV

**IN RE SAN MIGUEL ELECTRIC COOPERATIVE, INC., South Texas Electric Cooperative, Inc., and Kiewit Mining Group, Inc.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Beth Watkins, Justice

Delivered and Filed: January 27, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On October 9, 2020, relators filed a petition for writ of mandamus. After considering relators' petition, the response of the real parties in interest, relators' reply, and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 18-08-0777-CVA, styled *San Miguel Electric Cooperative, Inc. v. A.M. Peeler Ranch, LLC, Alonzo M. Peeler, Jr., and Barbara Gene Peeler*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Russell Wilson presiding.